# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BRIAN PEAK, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-CV-00051 RWS |
| PAIGE KRISTYN WHEELER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Brian Peak, a pretrial detainee incarcerated at Macon County Jail in Macon, Missouri, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis, but he has failed to file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(b). Plaintiff will be required to submit his account statement within thirty (30) days of the date of this Memorandum and Order or pay the full $405 filing fee in this action. His failure to do so will result in a dismissal of this case without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $405 filing fee or submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 9th day of July 2025.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE